United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS, | No. C 06-02428 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE** |
| ARVIND M. PATEL, GITA A PATEL dba EDGEWOOD MOTEL, THAKOR D. DESAI, BHARTI J. DESAI, and DESAI PROPERTY MANAGEMENT aka DESAI PATEL MANAGEMENT, INC., an unknown entity, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

This matter is hereby **REFERRED** to the ADR Unit for **MEDIATION**.

**IT IS SO ORDERED.**

Dated: August 4, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE