1
2
3
4

**Jason K. Singleton**, State Bar #166170
**Richard E. Grabowski**, State Bar # 236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**

5
6

**(707) 441-1177**
**FAX 441-1533**

7

**Attorney for Plaintiff, JOHN HOPKINS**

8

### UNITED STATES DISTRICT COURT

9

### NORTHERN DISTRICT OF CALIFORNIA

10

**JOHN HOPKINS,**

11
12

    **Plaintiff,**

**v.**

13
14
15
16

**ARVIND M. PATEL, GITA A. PATEL, dba
EDGEWOOD MOTEL, THAKOR D. DESAI,
BHARTI J. DESAI, and DESAI PROPERTY
MANAGEMENT, aka DESAI PATEL
MANAGEMENT, INC., an unknown entity,
and DOES ONE to FIFTY, inclusive,**

17

    **Defendants.**

    )
    )
    )
    )
    )
    )
    )
    )

**Case No. C 06-2428 WHA**

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND
~~PROPOSED~~ ORDER**

18
19
20
21

    Plaintiff JOHN HOPKINS and Defendants ARVIND M. PATEL, GITA A. PATEL, dba EDGEWOOD MOTEL (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

22
23
24
25

    1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

26

///

27

///

28

///

STIPULATION OF DISMISSAL and proposed Order    1    C-06-2428 WHA

    2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:        September 29, 2006                  /s/ Jason K. Singleton

Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JOHN HOPKINS**

**LAW OFFICES OF SUSAN SHER**

Dated:        October 10, 2006                    /s/ Susan Sher

Susan Sher, Attorneys for Defendants
**ARVIND M. PATEL, GITA A. PATEL, dba EDGEWOOD MOTEL**

### ORDER

Having considered the parties Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1.    The action <u>HOPKINS vs. PATEL, et al.</u>, Case Number C-06-2428 WHA, is dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: _____October 16, 2006_____

                               WILLIAM ALSUP, JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION OF DISMISSAL and ~~proposed~~ Order       1       C-06-2428 WHA